IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 5:06-cr-83-RS-AK

MELVIN JEROME WYMES,

    Defendant.
_____/

## ORDER

By prior order, the Court appointed counsel to represent Defendant at an evidentiary hearing on his § 2255 motion. The Court is in the process of scheduling that hearing, and the Court has learned that Defendant has been transferred to Texas. He is therefore not immediately accessible to counsel, thereby hindering counsel's ability to confer personally with his client. To protect Defendant's interests, he must be moved closer to Gainesville, Florida, which is where the hearing will take place.

Accordingly, it is **ORDERED**:

That the United States Marshal shall ensure that Defendant is housed **within the perimeters of the Gainesville Division** of this Court no later than **Monday, December 7, 2009**, so that counsel can more readily confer with his client as necessary.

**DONE AND ORDERED** this  *28th* day of October, 2009.

                        *s/ A. KORNBLUM*
                        **ALLAN KORNBLUM**
                        **UNITED STATES MAGISTRATE JUDGE**