**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**UNITED STATES OF AMERICA**

vs.                                          **CASE NO.5:06–CR-83-RS-AK**

**MELVIN JEROME WYMES,**
      **Defendant.**
_____/

## **ORDER**

This case is before the Court on Doc. 62, the Parties' consent motion to continue the evidentiary hearing in this case. Upon careful consideration, the Court finds that the motion is well taken, and it is **GRANTED.**

Accordingly, it is **ORDERED**:

1. That an evidentiary hearing will be held before the undersigned on **February 5, 2010, at 1:00 p.m.**, United States Courthouse, 401 South East 1st Avenue, Gainesville, Florida,

2. That the Clerk shall furnish a copy of this Order to the United States Marshal, who shall deliver Defendant under safe and secure conduct to the United States Court, Gainesville Division , **on February 5, 2010,** for the purpose of this hearing. Upon completion of the hearing, the Marshal

shall return Defendant with all convenient speed under safe and secure conduct to the custody of the Bureau of Prisons at the institution in which Defendant is designated for incarceration.

. **DONE AND ORDERED** this **_12th_** day of January, 2010.

                                        _s/ A. KORNBLUM_
                                        **ALLAN KORNBLUM**
                                        **UNITED STATES MAGISTRATE JUDGE**