IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**UNITED STATES OF AMERICA,**

vs.                                                Case No. 5:06cr83-RS
                                                                  Case No. 5:08cv135-RS/WCS

**MELVIN JEROME WYMES,**

     **Defendant.**
_____/

## SUPPLEMENTAL REPORT AND RECOMMENDATION

The Government has filed an audio recording made by Defendant's attorney on March 12, 2007. I have listened to the entire recording.

**Supplemental findings of fact**

1. This audio recording records a meeting with Defendant's attorney and Defendant on March 12, 2007, to discuss the presentence report. The meeting lasted 21.5 minutes. Counsel discussed convictions that were relevant to Defendant's criminal history score, making notes to investigate some of those further. Counsel apparently did not discuss the convictions that formed the basis for the minimum mandatory 15 year term. At about minute 12:10, counsel told Defendant that he was looking at a sentencing range between 13 and 17.5 years. At about minute 15:30 counsel told Defendant that he was looking at a sentencing range between 15 and 17 years.

Counsel told Defendant to call his office and Defendant told counsel that his calls did not go through. In response, counsel, talking to himself, mentioned that he would talk with Janice, probably his paralegal, apparently to alert her to a possible telephone call from Defendant. Toward the end of the meeting, counsel called his office to see if he was free to meet with Defendant again on Thursday or Friday of that week, and told Defendant to read the report. There were brief discussions of the need to continue work on substantial assistance.

2. Defendant testified during the hearing that he did not see a presentence report and that his attorney did not meet with him between the plea colloquy and the sentencing. This recording proves conclusively that Defendant is not a credible witness. Defendant's testimony that he told his lawyer to file an appeal is not credible.

**IN CHAMBERS** at Tallahassee, Florida, on March 22, 2010.

s/ William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**