**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

UNITED STATES OF AMERICA,

vs.                    CASE NO. 5:06cr83/RS

MELVIN WYMES,

    Defendant.
_____/

**ORDER**

Before me are the Magistrate Judge's Report and Recommendation (Doc. 81), the Magistrate Judge's Supplemental Report and Recommendation (Doc. 83), and Defendant Wymes' Objections to Report and Recommendation (Doc. 84). I have considered Defendant's objections *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation and Supplemental Report and Recommendation are adopted and incorporated by reference in this Order.
2. Defendant's Amended Motion to Vacate, Set Aside, or Correct Sentence Under 28 U.S.C. §2255 (Doc. 49) is denied.
3. The clerk is directed to close the file.

**ORDERED** on March 24, 2010.

                                           /S/ Richard Smoak
                                             **RICHARD SMOAK**
                                             **UNITED STATES DISTRICT JUDGE**